

Carlos A. Gimenez, Mayor

Public Housing and Community Development
701 NW 1st Court, 8th Floor
Miami, Fl 33136
Phone: 786-469-4237 Fax: 786-469-4222
miamidade.gov/housing

May 25, 2018

Opa Property Management Corporation
Las Palmas Apts
260 Dunad Ave #31A
OPA LOCKA, FL 33054

Owner ID: V00004620

Re: Notice of compliance annual re-inspection to owner

Dear Section 8 Owner/Landlord,

A(n) **compliance annual inspection** (Insp ID: **381606**) was made in your **Mod-RehaB** property (Unit ID: **0117430**) located at **110 Dunad Ave 84, OPA LOCKA, FL 33054** on **05/24/18**, which is currently under Section 8 contract. The **inspection status was classified as a(n) failed.** This property is in violation of the Housing Quality Standards (HQS) as set by US HUD. Pursuant to revised federal regulations, violations are now determined to be either tenant or owner caused as shown on the attached report.

You should be aware that your Section 8 Lease Agreement and the regulations for the Housing Program provides for the mutual obligations of both tenant and owner to keep the unit and surrounding premises in a decent, safe and sanitary manner. A re-inspection on the **compliance annual** inspection type condition(s) previously found will be made on **06/25/18** between **8:00 am and 5:00 pm** to confirm that these violations have been corrected.

**Note: To complete this compliance annual inspection, it will be necessary for an adult (18 years of age or older) to be present at the time of the inspection.**

If the owner-caused violations in the unit, as cited in the attached report, are not corrected or the inspector is unable to gain access to verify correction by **06/25/18**, then your subsidy payments on behalf of the tenant in the Section 8 program will be terminated as of the compliance date in this letter and the tenant is entitled to a change of dwelling.

**Español**: Una inspección ha sido programada para el día **06/25/18** entre las **8:00 am** y las **5:00 pm**. Es mandatario que una persona mayor de 18 años de edad este presente para la inspección.

**Kreyol**: N'ap Fe yoh enspeksyón le **06/25/18, 8:00 am - 5:00 pm**. Fo'ou genyen yon granmoun nan kay-la le enspeksyon-a.

Sincerely,

Special Housing Programs
Miami-Dade Housing Agency

cc: Resident and Inspection File

EXHIBIT C

Alteneez C Moss
110 Dunad Ave #84
OPA LOCKA, FL 33054

Resident ID: 000079509
Inspection ID: 381606

Page 1 of 2



Carlos A. Gimenez, Mayor

Public Housing and Community Development
701 NW 1st Court, 8th Floor
Miami, Fl 33136
Phone: 786-469-4237 Fax: 786-469-4222
miamidade.gov/housing

## INSPECTION SUMMARY

| | | | |
|---|---|---|---|
| Inspection ID: | 381606 | Type: | Compliance Annual |
| Inspector: | Figueroa, Leonardo | Move In: | 04/01/12 |
| Census Tract: | | Move Out: | |
| Unit ID: | 0117430 | Resident: | Alteneez C Moss |
| Mod-Rehab: | Yes | Resident ID: | 000079509 |
| Unit Address: | 110 Dunad Ave #84 | Owner: | Opa Property Management Corporation |
| | OPA LOCKA, FL 33054 | Owner ID: | V00004620 |
| Inspection Date: | 05/24/18   Results: Failed | | Corrections Due Date: 06/25/18 |

Inspection Note(s):

**Owner Responsibilities**                                                                 Item(s) Count: 6

### BATHROOM

| Responsibility | Checklist Description | Floor & Location | Result | Emergency | Health Hazard | Days to Reinspec |
|---|---|---|---|---|---|---|
| Owner | Ceiling Condition | | Fail | | No | 27 |

Comments: CE-CEILING SHOWS SIGNS OF LEAKS/WATER SEEPAGE

### BEDROOM OR SLEEPING ROOM

| Responsibility | Checklist Description | Floor & Location | Result | Emergency | Health Hazard | Days to Reinspec |
|---|---|---|---|---|---|---|
| Owner | Window Condition | Fl: 1 Dir: F - R | Fail | | No | 27 |

Comments: EGRESS BLOCKED BY TENANTS BELONGINGS

### GENERAL HEALTH AND SAFETY

| Responsibility | Checklist Description | Floor & Location | Result | Emergency | Health Hazard | Days to Reinspec |
|---|---|---|---|---|---|---|
| Owner | Access to Unit | | Fail | | No | 27 |

Comments: UNIT IS STILL CLUTTERED AND DIFFICULT TO MOVE AROUND IN DUE THE EXCESS AMOUNT OF TENANTS BELONGINGS

### KITCHEN

| Responsibility | Checklist Description | Floor & Location | Result | Emergency | Health Hazard | Days to Reinspec |
|---|---|---|---|---|---|---|
| Owner | Electricity | | Fail | | No | 27 |

Comments: DEFECTIVE LIGHT FIXTURE

### LIVING ROOM

| Responsibility | Checklist Description | Floor & Location | Result | Emergency | Health Hazard | Days to Reinspec |
|---|---|---|---|---|---|---|
| Owner | Security | | Fail | | No | 27 |

Comments: FRONT AND REAR DOORS NOT WEATHERTIGHT
DEFECTIVE SMOKE ALARM

| | | | | | | |
|---|---|---|---|---|---|---|
| Owner | Ceiling Condition | | Fail | | No | 27 |

Comments: MISSING PORTION OF CEILING BUT NO LEAK

Alteneez C Moss
110 Dunad Ave #84
OPA LOCKA, FL 33054

Resident ID: 000079509
Inspection ID: 381606



Carlos A. Gimenez, Mayor

Public Housing and Community Development
701 NW 1st Court, 8th Court
Miami, Fl 33136
Phone: 786-469-4237 Fax: 786-469-4222
miamidade.gov/housing

Si necesita ayuda con esta carta, sirvase llamar al 786-469-4237
Si w bezwen yo ede w ak let sa a, tanpri rele 786-469-4237

June 26, 2018

Opa Property Management Corporation          (V0000

Las Palmas Apts
260 Dunad Ave 31A
OPA LOCKA, FL 33054

Re: Notice of Failed Reinspection and Unit Abatement

Dear Section 8 Owner/Landlord,

A(n) **compliance annual inspection** (Insp ID: 381606) was made in your Mod-Rehab property (Unit ID: 0117430) located at **110 Dunad Ave, 84OPA LOCKA, FL 33054** on **06/25/18**, which is currently under Section 8 contract. The **inspection status was classified as a(n) final fail.** The inspector found that condition(s) still exists at the unit which violate Housing Quality Standards (HQS) as set forth by the United States Department of Housing and Urban Development (US HUD).

You were made aware that your Section 8 Lease Agreement and the regulations for the Housing Program provides for the mutual obligations of both tenant and owner to keep the unit and surrounding premises in a decent, safe and sanitary manner. Because **persistent violations in the unit (refer to attached checklist) were not corrected on 6/25/2018**, subsidy payments were stopped as of **06/25/18.**

If any of the violations shown are owner's responsibility then the tenant is entitled to request a change of dwelling within 21 days starting **06/25/18**. If the tenant does not contact MDHA within this period and remains at the above mentioned unit, they will be responsible for the full contract rent.

If any of the violations shown are the tenant's responsibility then the tenant will be recommended for termination from the Section 8 program. A forthcoming notice addressed to the tenant, will inform the rights to request a hearing and appeal this matter in accordance with the grievance procedures established for the Section 8 Housing Program. HAP payment(s) will continue to the owner for a period of sixty (60) days from the date failed inspection, or from the date the owner completes the eviction process, whichever comes first.

Sincerely,

Special Housing Programs
Miami-Dade Housing Agency

cc: Resident, Inspection File, Section 8 Operations Department, Section 8 Accounting Department

Alteneez C Moss (000079509)
110 Dunad Ave 84
OPA LOCKA, FL 33054



Carlos A. Gimenez, Mayor

Public Housing and Community Development
701 NW 1st Court, 8th Court
Miami, Fl 33136
Phone: 786-469-4237 Fax: 786-469-4222
miamidade.gov/housing

## INSPECTION SUMMARY

| | | | |
|---|---|---|---|
| **Inspection:** | 381606 | **Type:** | Compliance Annual |
| **Inspector:** | Figueroa, Leonardo | **Move In:** | 04/01/12 |
| **Census Tract:** | | **Move Out:** | |
| **Unit ID:** | 0117430 | **Resident:** | Alteneez C Moss |
| **Mod-Rehab:** | Yes | **Resident ID:** | 000079509 |
| **Unit Address:** | 110 Dunad Ave 84 | **Owner:** | Opa Property Management Corporation |
| | OPA LOCKA, FL 33054 | **Owner ID:** | V00004620 |

**Inspection Note(s):** (520294) MANAGER PRESENT TO PROVIDE ACCESS/OWNER VIOLATIONS REPAIRED BUT TENANT HAS YET TO MOVE HER BELONGINGS FROM THE BEDROOM WINDOW THUS BLOCKING EGRESS/LF

**Due Date:**       **Inspection Date:** 06/25/18       **Results:** Final Fail

### Owner Responsibility                                                                 Items Count: 2

| Responsibility | Checklist Description | Floor & Location | Result | Emmergency | Health Hazard | Days to Reinspect |
|---|---|---|---|---|---|---|
| Owner | Window Condition | Fl: 1 Dir: F - R | Fail | No | No | 27 |

**Comments:** EGRESS BLOCKED BY TENANTS BELONGINGS

| Responsibility | Checklist Description | Floor & Location | Result | Emmergency | Health Hazard | Days to Reinspect |
|---|---|---|---|---|---|---|
| Owner | Access to Unit | | Fail | No | No | 27 |

**Comments:** UNIT IS STILL CLUTTERED AND DIFFICULT TO MOVE AROUND IN DUE THE EXCESS AMOUNT OF TENANTS BELONGINGS