**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    Alteneez Moss,                                   Case No.18-15361-LMI
                                                           Chapter 13

              Debtor(s) .
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing on Objection to Claim of Opa Locka Property Management Corp*. [DE 27] was served via Notices of Electronic Filing on July 12, 2018, generated by the CM/ECF and served as follows:

**Served electronically:**

Nancy K. Neidich, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Richard Robles, Esq.
rrobles@roblespa.com; nrossoletti@roblespa.com; vpuig@roblespa.com; rroque@roblespa.com; dgonzalez@roblespa.com; r49546@notify.bestcase.com

**Served by U.S. Mail on July 12, 2018:**

Jackson North Medical Center
PO Box 116699
Atlanta, GA 30368-6699

Resurgent Capital Service
PO Box 2568
Greenville, SC 29602-2568

North Shore Medical Center
1100 NW 95th Street
Miami, FL 33150

                                    Respectfully submitted,

                                    LEGAL SERVICES OF GREATER OF MIAMI, INC.

                        By     /s/ Jeffrey M. Hearne
                              Jeffrey M. Hearne
                              Florida Bar No. 512060
                              Attorney for Debtor
                              4343 West Flagler Street, Suite #100
                              Miami, FL 33134
                              Phone and Facsimile: (305) 438-2403
                              Email: Jhearne@legalservicesmiami.org

Alt: SFreire@legalservicesmiami.org