UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:                                              CHAPTER 13

Alteneez C. Moss,                                   CASE NO. 18-15361-LMI

           Debtor.
_____/

### JOINT EXHIBIT REGISTER

Exhibits Submitted on behalf of:   ALTENEEZ C. MOSS AND OPA PROPERTY
                                                  MANAGEMENT CORP.

[ ] Plaintiff        [ ] Defendant        [ X ] Debtor        [ X ] Other

Date of Hearing/Trial:    October 25, 2018 at 9:30 a.m.

Type of Hearing/Trial:    Motion for Relief from Stay [ECF #18]; Objection to Proof of
                            Claim [ECF #26] and Objection to Confirmation [ECF #17]

SUBMITTED BY:    Law Offices of Richard R. Robles, P.A.
                  905 Brickell Bay Drive
                  Four Ambassadors
                  Tower II, Mezzanine, Suite 228
                  Miami, Florida 33131
                  Telephone: (305) 755-9200

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Section 8 Lease Agreement between Debtor and Creditor | A | | |

1

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 2 | Public Housing and Community Development Rent Change Notice Owner Dated 3/1/2017 | A | | |
| 3 | Public Housing and Community Development Rent Change Notice Owner Dated 3/12/2018 | A | | |
| 4 | Notice of annual Re-inspection to owner Dated 10/23/2017 | A | | |
| 5 | Notice of Failed Re-inspection and Unit Abatement Dated 11/20/2017 | A | | |
| 6 | Three Day Notice Executed by Jason Selesky | A | | |
| 7 | Notice of compliance annual re-inspection to owner Dated May 25, 2018 | A | | |
| 8 | Notice of failed Re-inspection and Unit Abatement Dated June 26, 2018 | A | | |
| 9 | Debtor's Voluntary Petition and Schedules [ECF #1] | A | | |
| 10 | Amended Schedules [ECF #51] | A | | |

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 11 | Creditor's Motion for Relief from Stay [ECF #18] | A | | |
| 12 | Creditor's Objection to Confirmation [ECF #17] | A | | |
| 13 | Second Amended Chapter 13 Plan [ECF #34] | A | | |
| 14 | Proof of Claim No. 1 | A | | |
| 15 | October, 2018 Inspection Documentation[1] | A | | |

Respectfully submitted,

We hereby certify that we are admitted to the Bar of the United States District Court for the Southern District of Florida and we are in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Law Offices of Richard R. Robles, P.A.
Attorneys for Creditor
905 Brickell Bay Drive
Four Ambassadors
Tower II, Mezzanine, Suite 228
Miami, Florida 33131
Telephone: (305) 755-9200
E-mail: rrobles@roblespa.com

Legal Services of Greater Miami, Inc.
Attorneys for the Debtor
4343 W. Flagler Street, Suite 100
Miami, Florida 33134
Telephone: (305) 438-2403
E-mail: jhearne@legalservicesmiami.org

/s/ Richard R. Robles, Esquire
RICHARD R. ROBLES, ESQUIRE
Florida Bar No. 0088481

/s/ Jeffrey M. Hearne, Esquire
JEFFREY M. HEARNE, ESQUIRE
Florida Bar No. 512060

---

[1] Miami-Dade County Housing Agency conducted an annual re-inspection of the Property during the week of October 15, 2018. The parties do not currently have the updated inspection report or notices, but to the extent that they are available for hearing, the parties are stipulating to their use and admissibility.

3